UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN WINDOM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GILLETTE COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-11207 RZW |

**ASSENTED-TO MOTION TO EXTEND TIME TO MOVE, ANSWER,
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), Defendant, The Gillette Company ("Gillette"), hereby moves, <u>with assent,</u> that the time for Gillette to move, answer, or otherwise respond to the complaint be extended to and including September 8, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully requests that this assented-to motion be granted.

                                                                            Respectfully submitted

                                                                            THE GILLETTE COMPANY
                                                                            By their attorneys,

                                                                            <u>/s/ Mark P. Szpak</u>
                                                                            Harvey J. Wolkoff (BBO #532880)
                                                                            Mark P. Szpak (BBO #546261)
                                                                            Ropes & Gray LLP
                                                                            One International Place
                                                                            Boston, Massachusetts 02110-2624
                                                                            (617) 951-7000

ASSENTED TO:

<u>/s/ Edward Notargiacomo (by MPS)</u>
Thomas M. Sobol (BBO # 471770)
Edward Notargiacomo (BBO #567636)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor                     Date:  August 8, 2005
Cambridge, Massachusetts 02142
(617) 482-3700