**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KEVIN WINDOM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GILLETTE COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-11207 RZW |

**JOINT MOTION TO TRANSFER CASE**
**AS RELATED TO ANOTHER ACTION**
**UNDER LOCAL RULE 40.1(G)**

Plaintiff Kevin Windom hereby moves, jointly with Defendant, The Gillette Company, to transfer this case to the Honorable Douglas P. Woodlock, as related pursuant to Local Rule 40.1(G) to a previously-filed action pending before Judge Woodlock, namely, *Dearman et al.. v. The Gillette Co.*, Civil Action No. 05-11177.

WHEREFORE, the parties respectfully request that this joint motion be granted.

Respectfully submitted,                                  Respectfully submitted,

KEVIN WINDOM                                             THE GILLETTE COMPANY
By his attorneys,                                        By their attorneys,


/s/ Edward Notargiacomo (by MPS)                         /s/ Mark P. Szpak
Thomas M. Sobol (BBO # 471770)                           Harvey J. Wolkoff (BBO #532880)
Edward Notargiacomo (BBO #567636)                        Mark P. Szpak (BBO #546261)
HAGENS BERMAN SOBOL SHAPIRO LLP                          Emily C. Shanahan (BBO #643456)
One Main Street, 4th Floor                               Ropes & Gray LLP
Cambridge, Massachusetts 02142                           One International Place
(617) 482-3700                                           Boston, Massachusetts 02110-2624
                                                         (617) 951-7000


Date:  September 2, 2005