# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   05CV11207

Title:   KEVIN WINDOM V. THE GILLETTE CO.

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge   ZOBEL   has been transferred to Judge   WOODLOCK   for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials   DPW.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   s/ Lisa A. Urso
Deputy Clerk

Date: 9/8/05

_____   Please NOTE that the above case has been transferred to the Western Section in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Section in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 12/98)                                                       [ntccsasgn.]