UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | CIVIL ACTION NO. 05-11177 |
| M3POWER RAZOR SYSTEM | ) | (Lead Case) |
| MARKETING & SALES PRACTICES | ) | |
| LITIGATION | ) | MDL Docket No. 1704 |
| | ) | |

**DEFENDANT THE GILLETTE COMPANY'S**
**<u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)</u>**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of defendant The Gillette Company ("Gillette") certify that Gillette and its counsel have conferred:

a. with a view to establishing a budget for the full course – and various alternative courses – of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                        THE GILLETTE COMPANY

By:   /s/ Deborah Marson
        Deborah Marson
        Deputy General Counsel
        The Gillette Company

        /s/ Harvey J. Wolkoff
        Harvey J. Wolkoff
        Mark P. Szpak
        Ropes & Gray LLP
        One International Place
        Boston, Massachusetts 02110
        (617) 951-7000

Dated: January 13, 2006