# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN WINDOM, a Wisconsin resident, On behalf of himself, the general public, and All others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>THE GILLETTE COMPANY, a Delaware corporation<br><br>　　　　　　　　Defendant. | Civil Action No. 05-11207-DPW |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Mark P. Szpak as attorney for Defendant, The Gillette Company, in the above captioned action.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　*/s/Mark P. Szpak*
　　　　　　　　　　　　　　　　　　　　　　Mark P. Szpak  (BBO #546261)
　　　　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　　　T (617) 951-7522
　　　　　　　　　　　　　　　　　　　　　　F (617) 951-7050

Dated:  January 20, 2006

9914543_1.DOC