## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KEVIN WINDOM, a Wisconsin resident, On behalf of himself, the general public, and All others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-11207-DPW |
| v. | ) ) | |
| THE GILLETTE COMPANY, a Delaware corporation | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Harvey J. Wolkoff as attorney for Defendant, The Gillette Company, in the above captioned action.

Respectfully submitted,

*/s/ Harvey J. Wolkoff*
Harvey J. Wolkoff  (BBO #532880)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
T (617) 951-7522
F (617) 951-7050

Dated:  January 20, 2006