## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN WINDOM, a Wisconsin resident, On behalf of himself, the general public, and All others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>THE GILLETTE COMPANY, a Delaware corporation<br><br>            Defendant. | Civil Action No. 05-11207-DPW |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Emily C. Shanahan as attorney for Defendant, The Gillette Company, in the above captioned action.

                          Respectfully submitted,

                          */s/Emily C. Shanahan*
                          Emily C. Shanahan (BBO #643456)
                          ROPES & GRAY LLP
                          One International Place
                          Boston, Massachusetts 02110
                          T (617) 951-7522
                          F (617) 951-7050

Dated: January 20, 2006

9914545_1