UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | Civil Action No. 05-11177-DPW (Lead Case)<br>05-11207-DPW<br>05-11208-DPW<br>05-11272-DPW<br>05-11319-DPW<br>05-11425-DPW<br>05-11455-DPW<br>05-12192-DPW<br>05-12331-DPW<br>05-12332-DPW<br>05-12333-DPW<br>05-12334-DPW<br>05-12335-DPW<br>05-12336-DPW<br>05-12365-DPW<br>05-12366-DPW<br>05-12367-DPW<br>05-12368-DPW<br>05-12369-DPW<br>05-12370-DPW<br>05-12374-DPW<br>05-12375-DPW<br>05-12376-DPW<br>05-12376-DPW<br>05-12377-DPW<br>05-12378-DPW<br>05-12379-DPW |

## CASE MANAGEMENT ORDER AND
## ORDER FOR CONSOLIDATION

WOODLOCK, D.J.

   WHEREAS, Plaintiffs have filed Complaints and a Scheduling Conference having been held on JANUARY 23, 2006 with respect to each case, the following ORDER is hereby set:

**A. Admission of Attorneys**

   1.   Each attorney not a member of the Bar of this Court who is acting as counsel for a plaintiff or a defendant herein shall file a motion *pro hac vice*,

to practice before this Court in connection with these proceedings, pursuant to Local Rule 83.5.3, (except as to the requirement that the motion be filed by a member of this bar), and shall pay the $50 application fee for each such application;

### B. Consolidation of Related Actions

2. The Complaints in the above listed cases are ORDERED CONSOLIDATED pursuant to Fed. R. Civ. P. 42(a) for all purposes. This Order For Consolidation (the "Order") shall apply as specified to each case that relates to the M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION that is subsequently filed in this Court or transferred to this Court and is consolidated with the Complaints.

3. A Master File Docket number is hereby established for this proceeding. The Master Docket number shall be **05-CV-11177-DPW** (LEAD CASE). One docket will be maintained for these actions with all entries to be docketed under the consolidated lead case number **05-CV-11177-DPW** (LEAD CASE). If a document pertains to only one or some of the member cases, it will be docketed on the consolidated Lead case with the notation in the docket text as to the case numbers to which it pertains.

4. An Original of this Order shall be filed by the Clerk in the Master File and in the files for each of the actions and every subsequently consolidated action.

5. Every pleading filed in the Carbon Black Antitrust Litigation shall bear the following caption:

| | |
|---|---|
| **In re:** | **MASTER DOCKET** |
| **M3 POWER RAZOR SYSTEM** | **Civil Action No. 05-11177** |
| **MARKETING & SALES PRACTICES** | **(Lead Case)** |
| **LITIGATION** | |
| | |
| **THIS DOCUMENT RELATES TO:** | **Civil Action No.** |

6. When a pleading is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after or below the words "This Document Relates To" in the caption set out above. When a pleading is intended to be applicable only to some actions, but not all, the separate caption and docket number for each individual action to which the pleading is intended to be applicable shall appear

      immediately after or below the words "This Document Relates To" in the caption set out above.

7. When a pleading is filed and the caption, pursuant to the foregoing shows that it is applicable to "All Actions", the document shall be electronically filed in the Master File (Lead case).   No further copies need be filed or docket entries made.

8. When a pleading is filed and the caption, pursuant to the foregoing shows that it is applicable to fewer than all of the actions consolidated in the **IN RE: M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION**, the document shall be electronically filed the Master File (LEAD CASE), indicating the docket numbers of the cases to which the pleading relates. No further copies need be filed or docket entries made

9. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of **IN RE: M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION 05-11177-DPW.**

10. When a case that arises out of the same subject matter of the **M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION** is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

    (a) file a copy of this Order in the separate file for such action;

    (b) send a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly-filed or transferred case;

    (c) make the appropriate entry in the Master Docket for the **IN RE: M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION 05-11177-DPW**, and this Order shall apply thereto, unless a party objects to consolidation within ten (10) days after the date upon which a copy of this Order is served on counsel for each party, by filing an application for relief, and this Court deems it appropriate to grant such           application.

## **C. FURTHER HEARINGS AND SCHEDULE**

1. Any motions for appointment of Lead/Liaison Counsel shall be filed by **FEBRUARY 10, 2006**.  Any oppositions shall be filed by **FEBRUARY 24, 2006.**  Motion Hearing set for **MARCH 6, 2006 AT 2:30 P.M.**   in

Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J.

2. Parties shall file a proposed form of Scheduling Order that reflects the schedule set during the Scheduling conference on January 23, 2006.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED: January 26, 2006